UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIOP MOHAMED,

Petitioner,

v.

TONYA ANDREWS,

Respondent.

No. 1:25-cv-1868 DJC AC

ORDER

Petitioner, a self-represented immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 14, 2026, respondents filed a response to the petition. Petitioner has not filed a reply and the time to do so is passed. Good cause appearing, the court will provide petitioner additional time to file a reply in support of the petition. Petitioner is advised that the reply is an opportunity to respond to any statements or arguments made by the respondents in their opposition to the petition. If petitioner does not file a reply, the petition will be deemed submitted and decided on the basis of the petition and response to the petition.

Accordingly, IT IS HEREBY ORDERED that petitioner shall have fourteen days from the filing of this order to file an optional reply in support of the petition.

DATED: January 26, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE